IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Hermon Shelton,                              :

    Plaintiff,                         :    Case No. 2:06-cv-0878

v.                                           :    JUDGE SARGUS

Ohio State University Medical Center, et al., :

    Defendants.                        :

ORDER

On March 8, 2007, the Court gave plaintiff 120 days in which to file an amended complaint identifying the defendants named as "John Does" in his original complaint. Plaintiff has failed to do so. As a result, the Court has been unable to order service of the complaint. Consequently, this case is DISMISSED WITHOUT PREJUDICE pursuant to Fed.R.Civ.P. 4(m).

Date: 7-16-2007

Edmund A. Sargus, Jr.
United States District Judge