AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**HERMON SHELTON,**

       **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

      **CASE NO. C2-06-878**

**OHIO STATE UNIVERSITY**    **JUDGE EDMUND A. SARGUS, JR.**
**MEDICAL CENTER, et al.,**    **MAGISTRATE JUDGE TERENCE P. KEMP**

      **Defendants.**

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the Order filed July 16, 2007, JUDGMENT is hereby entered DISMISSING this case.**

Date: July 16, 2007        JAMES BONINI, CLERK

        */S/ Andy F. Quisumbing*
        (By) Andy F. Quisumbing
        Courtroom Deputy Clerk